# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| MILDRED L. MOATES, | ) |
| | ) |
| Plaintiff, | ) **Case No.: 3:13-cv-382-RJC-DSC** |
| | ) |
| v. | ) **ORDER** |
| | ) |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Plaintiff's "Motion to Stay Proceedings …" (document # 33) filed September 18, 2014 and "Defendant's Brief in Response …" (document # 35) filed September 23, 2014. For the reasons set forth therein and with Defendant's consent, the Motion will be granted.

This matter is **STAYED** pending the resolution of the declaratory judgment and mandamus action in Case No. 3:14cv514-RJC-DSC.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: September 25, 2014

David S. Cayer
United States Magistrate Judge