# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| MILDRED L. MOATES, | Case No.: 3:13-cv-382-RJC-DSC |
| Plaintiff, | **ORDER LIFTING STAY AND GRANTING MOTION FOR ENTRY OF SCHEDULING ORDER** |
| v. | |
| LIBERTY MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

**THIS MATTER** is before the Court on the parties' "Notice Regarding Stay and Joint Motion for Entry of Scheduling Order" (document # 38) filed December 19, 2014. For the reasons set forth therein, the Motion will be granted. The stay of this litigation (document # 37) is hereby lifted and the Scheduling Order will reflect the following deadlines:

Discovery Completion: February 20, 2015.

Dispositive Motions: March 20, 2015.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED.**

Signed on 12/20/2014

David S. Cayer
United States Magistrate Judge