# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:13-cv-382-RJC-DSC

| | |
|---|---|
| **MILDRED L. MOATES,** | )<br>)<br>) |
| Plaintiff, | ) **ORDER**<br>) |
| v. | )<br>) |
| **LIBERTY MUTUAL INSURANCE COMPANY,** | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on "Notice of Settlement and Joint Motion to Stay Scheduling Deadlines." (Document No. 59). For the reasons stated therein, the Motion is **GRANTED**.

**IT IS, THEREFORE, ORDERED** that all deadlines in the current action are hereby **STAYED** and that the Parties shall have up to and including July 9, 2015, to file a Stipulation of Dismissal.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Robert J. Conrad, Jr.</u>

SO ORDERED.

_____
Robert J. Conrad, Jr.
United States District Judge